# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
04/10/2025
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:25-M -00185(1) |
| | § |
| (1) Juan Pablo Ramirez-Olguin | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 07, 2025** in **Brewster** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, RAMIREZ-OLGUIN, JUAN attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), and 202(4), and 557.

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The Defendant, Juan Pablo RAMIREZ-Olguin, was arrested by Sanderson Border Patrol Agents, on April 07, 2025, for being an illegal alien present in

**Continued on the attached sheet and made a part of hereof.**

/s/ Manuel Garcia
Signature of Complainant
Border Patrol Agent

April 10, 2025                                                    at    PECOS, Texas
Date                                                                       City and State

Complaint sworn to in my presence and signed electronically on this date.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE                    Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:25-M -00185(1)

WESTERN DISTRICT OF TEXAS

(1) Juan Pablo Ramirez-Olguin

FACTS   (CONTINUED)

the United States.  Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on 3/7/25 through El Paso, TX.  The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded.  The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Mexico.


IMMIGRATION HISTORY:
RAMIREZ-OLGUIN, JUAN has been deported 1 time(s), the last one being to MEXICO on March 7, 2025, through EL PASO, TX

CRIMINAL HISTORY:
RAMIREZ-OLGUIN, JUAN has no known criminal history.